UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY DEAN BEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:14-CV-61-FL |
| ) | |
| CEQUEL and parent Suddenlink ) | |
| Communications, LLC and their employees, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), wherein it was recommended that the court dismiss plaintiff's complaints on frivolity review pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 17, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint fails to allege sufficient facts to state any claim cognizable in law and is dismissed pursuant to 28 U.S.C. § 1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 17, 2014, and Copies To:**
Timothy Dean Best (via U.S. Mail) PO Box 186, Woodbourne, NY 12788


November 17, 2014                    JULIE A. RICHARDS, CLERK
                                      /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk